MINUTE ENTRY          9:12 a.m.


  U.S.A. -v- ROLAND KAIPAT

PRESENT: HON. ALEX R. MUNSON,  JUDGE PRESIDING
  K. LYNN LEMIEUX, COURTROOM DEPUTY
  SANAE N. SHMULL, COURT REPORTER
  PATRICK SMITH,  ASSISTANT U.S. ATTORNEY
  ROLAND KAIPAT, DEFENDANT
  PERRY INOS, ATTORNEY FOR DEFENDANT


PROCEEDINGS: VIOLATION HEARING

 Attorney Perry Inos appeared with defendant. Government was represented by Patrick
Smith, AUSA.  Also present was Margarita Wonenberg, U.S. Probation Officer.


 Attorney Inos stated that the defendant admitted to some of the violations and
denied some of the violations.  Attorney Inos moved that this hearing be continued
for two weeks.


 Government suggested that the defendant be sentenced on the two violations he
admitted.
 Court, after hearing argument, continued the hearing to December 15, 2004 at 9:00 a.
m. and remanded the defendant into the custody of the U.S. Marshal.


        Adj. 9:20 a.m.
;
Applies to: DFT Kaipat, Roland [KLL EOD 11/30/2004]