MINUTE ENTRY          10:00 a.m.

U.S.A. -v- ROLAND KAIPAT

PRESENT: HON. ALEX R. MUNSON,  JUDGE PRESIDING
K. LYNN LEMIEUX, COURTROOM DEPUTY
SANAE N. SHMULL, COURT REPORTER
TIMOTHY MORAN,  ASSISTANT U.S. ATTORNEY
ROLAND KAIPAT, DEFENDANT
PERRY INOS, ATTORNEY FOR DEFENDANT

PROCEEDINGS: VIOLATION HEARING

Defendant ROLAND KAIPAT appeared with counsel, Attorney Perry Inos. Government was represented by Timothy Moran, AUSA.  Also present was Margarita Wonenberg, U.S. Probation Officer.

Defense reported that the defendant admitted to the violations.

Government recommended a sentence of time served (approximately six months). Defense agreed with that recommendation.

In accordance with the Sentencing Reform Act of 1984, it is the judgment of the Court that supervised release shall continue and that he be sentenced to time served (6 months).  The supervised release shall be for a term of  four  months and defendant shall abide by the following conditions:

1.  That the defendant shall not commit another federal, state, or local crime;

2.  That the defendant shall comply with the standard conditions of supervised release as set forth by the U.S. Sentencing Commission;

3.  That the defendant shall not possess a firearm or other dangerous weapon or have at his place of residence;

4.  That the defendant shall not possess, use, distribute or administer any controlled substance, and that he shall submit to one urinalysis within 15 days of release and shall submit but not be limited to two additional urinalysis thereafter not to exceed 60 days;

5.  That the defendant shall maintain gainful employment;

6.  That the defendant shall participate in a mental health treatment program approved by the U.S. Probation Office for anger management;

7.  That the defendant shall perform the remaining hours of community service as previously ordered;

8.  That the defendant shall meet with the U.S. Probation Office to set a schedule to pay off the restitution that he was ordered to pay;

9.  That the defendant shall enroll and take the next scheduled GED Placement Test;

10.  That the defendant shall refrain from any alcohol and attend AA meetings;

11. That the defendant shall report to the Probation Officer at any time requested;

12. That the defendant shall comply with all other conditions as previous set; specifically to seek employment; and

13. That the defendant shall file reports with the Probation Office in a timely manner.

Defendant was advised that he had ten days in which to appeal the decision of this court.

Defendant was remanded into the custody of the U.S. Marshal for proceeding.

    Adj. 10:15 a.m.

;
Applies to: DFT Kaipat, Roland [KLL EOD 03/29/2005]